FILED: April 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1713
(1:20-cv-00245-NCT-JLW)

_____

EPCON HOMESTEAD, LLC

    Plaintiff - Appellant

v.

TOWN OF CHAPEL HILL

    Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered March 20, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*